**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**ROZELL AND LINDA HODGES, ET AL.,**                          **PLAINTIFFS,**

**VS.**                                            **CIVIL ACTION NO. 4:05CV168-P-D**

**COLDWELL BANKER REAL ESTATE**
**CORPORATION, ET AL.,**                                        **DEFENDANTS.**

**<u>ORDER</u>**

This matter comes before the court upon Defendant State Bank & Trust Company's Motion

to Strike Plaintiff's Response in Opposition to State Bank & Trust Company's Motion to Compel

Arbitration [256]. After due consideration of the motion, the court finds it should be denied as moot

given the court granted State Bank's motion to compel by its Order of March 22, 2007.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendant State Bank & Trust

Company's Motion to Strike Plaintiff's Response in Opposition to State Bank & Trust Company's

Motion to Compel Arbitration [256] is **DENIED AS MOOT**.

**SO ORDERED** this the 7th day of August, A.D., 2007.

                                                            /s/ W. Allen Pepper, Jr.
                                                            W. ALLEN PEPPER, JR.
                                                            UNITED STATES DISTRICT JUDGE